UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

CARLOS COLLADO, on behalf of himself
and all others similarly situated,

                Plaintiff,

-v-

TOYOTA MOTOR SALES U.S.A. INC.,

                Defendant.

No. 09 Civ. 7151 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the parties' joint letter requesting that the status conference currently scheduled for September 8, 2009, at 4 p.m., be held by telephone. The parties are instructed to contact Joel Blum at (212) 805-0134 to determine if videoconference is feasible. In the event that participation by videoconference cannot be arranged, the parties may proceed by telephone and are instructed to gather on one line and call chambers at (212) 805-2264 when all are present.

SO ORDERED.

DATED:     August 25, 2009
                New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE