# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-3113-R                                        Date: **July 26, 2010**

TITLE: CARLOS COLLADO etc V. TOYOTA MOTOR SALES U.S.A. INC
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Margaret Babykin** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

Mark Estrella                                          Michael Mallow
Geoffrey Monroe                                        Derek Ishikawa
Melissa Harnett

**PROCEEDINGS:** Defendant's motion to dismiss

The parties submit on their papers as filed.

The Court DENIES the motion, for reasons as stated on the record.

Plaintiffs shall submit a proposed order.

**2 min**

**MINUTES FORM 90**                                   **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**