Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS COLLADO, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 2:10-cv-3113-R-RC<br><br>**CLASS ACTION**<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

1  This matter came before the Court on Monday, July 26, 2010, for hearing on the
2  motion of Defendant Toyota Motor Sales, U.S.A., Inc., to dismiss the Plaintiffs' First
3  Amended Complaint. (Doc. #63.) The Court having considered the motion and all
4  documents submitted in support of and in opposition to the motion, and for the reasons
5  stated on the record, Defendant's motion is DENIED.
6   IT IS SO ORDERED.

8  DATED  July 28, 2010
9                                                    Hon. Manuel L. Real
10                                                   United States District Court Judge