1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  MARK D. CAMPBELL (SBN 180528)
   mcampbell@loeb.com
3  MICHAEL B. SHORTNACY (Admitted *Pro Hac Vice*)
   mshortnacy@loeb.com
4  DEREK K. ISHIKAWA (SBN 270275)
   dishikawa@loeb.com
5  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
6  Los Angeles, California 90067-4120
   Telephone:  310-282-2000
7  Facsimile:   310-282-2200

8  Attorneys for Defendant
   TOYOTA MOTOR SALES, U.S.A.,
9  INC.

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14 | CARLOS COLLADO, et al., on behalf of themselves and all others similarly situated, | Case No. 2:10-cv-03113-R-RCx
15 | | Assigned to Judge Manuel L. Real and Magistrate Judge Rosalyn M. Chapman
16 | Plaintiffs, |
17 | v. | **JOINT EX PARTE APPLICATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION**
18 | TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, |
19 | Defendant. |
20 | | Case No. 2:10-cv-3124-R-SSx
21 | ELLIOT FIXLER, on behalf of himself and all others similarly situated, | Complaint Filed: December 9, 2009
   | | Trial Date:  Not Set
22 | Plaintiff, |
23 | v. |
24 | TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, |
25 | Defendant. |

27

28

LA2073799.1
212799-10002

JOINT EX PARTE APP. TO EXTEND TIME TO FILE MOT. FOR CLASS CERT.

The Parties respectfully submit this Joint Ex Parte Application, in accordance with Local Rule 7-19, requesting a brief extension of time within which Plaintiffs must file their motion for class certification. The Parties agree that this Joint Ex Parte Application is ripe and ready for immediate review and disposition by the Court.

Along with this Ex Parte Application, the Parties hereby respectfully submit their supporting Points and Authorities, the Declaration of Michael L. Mallow, dated September 9, 2010, and supporting exhibits, and a Proposed Order.

DATED: September 10, 2010  Respectfully submitted,

**LOEB & LOEB LLP**
MICHAEL L. MALLOW
MARK D. CAMPBELL
MICHAEL B. SHORTNACY
DEREK K. ISHIKAWA

By:/s/ Michael L. Mallow
 Michael L. Mallow
 Attorneys for Defendant
 TOYOTA MOTOR SALES, U.S.A., INC.

DATED: September 10, 2010  **GERARD GIBBS LLP**

By:/s/ Eric H. Gibbs

Dylan Hughes
Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

LA2073799.1
212799-10002

JOINT EX PARTE APP. TO EXTEND TIME TO FILE MOT. FOR CLASS CERT.

Melissa M. Harnett
Gregory B. Scarlett
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 345-0162

Payam Shahian
**INITIATIVE LEGAL GROUP, APC**
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Mike Arias
**ARIAS, OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 670-1600
Facsimile: (310) 670-1231

Attorneys for *Collado* Plaintiffs

Andrew N. Friedman
**COHEN MILSTEIN SELLERS AND TOLL PLLC**
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for *Fixler* Plaintiff

LA2073799.1
212799-10002

2

JOINT EX PARTE APP. TO EXTEND
TIME TO FILE MOT. FOR CLASS
CERT.