

# EXHIBIT FILED UNDER SEAL