1  MICHAEL L. MALLOW (SBN 188745)
   mmallow@loeb.com
2  MICHAEL B. SHORTNACY (*Pro Hac Vice*)
   mshortnacy@loeb.com
3  DEREK K. ISHIKAWA (SBN 270275)
   dishikawa@loeb.com
4  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
5  Los Angeles, CA  90067
   Telephone: 310.282.2000
6  Facsimile: 310.282.2200

7  Attorneys for Defendant
   TOYOTA MOTOR SALES, U.S.A.,
8  INC.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 CARLOS COLLADO, et al., on behalf    )
12 of themselves and all others similarly )
   situated,                             )
13                                       )   Case No.: 2:10-cv-3113-R-RCx
                   Plaintiffs,           )
14                                       )
             v.                          )   **ORDER ENTERING**
15                                       )   **STIPULATED PROTECTIVE**
   TOYOTA MOTOR SALES, U.S.A.,           )   **ORDER**
16 INC., a California corporation,       )
17                                       )
                   Defendant.            )
18 ─────────────────────────────────────)
   ELLIOT FIXLER, on behalf of himself   )
19 and all others similarly situated,    )
20                                       )
                   Plaintiff,            )   Case No. 2:10-cv-3124-R-SSx
21                                       )
             v.                          )   Assigned to Hon. Manuel L. Real
22 TOYOTA MOTOR SALES, U.S.A.,           )
   INC., a California corporation,       )
23                                       )
                   Defendant.            )
24 ─────────────────────────────────────)

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2179843.1212799-10002

## <u>ORDER</u>

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the terms of the Stipulated Protective Order as described in the Stipulation between Defendant and Plaintiffs at Docket No. 188 shall be entered as the Order of this Court and be binding upon the parties and signatories to **Exhibit "A"** to the Stipulated Protective Order.

**IT IS SO ORDERED.   NUNC PRO TUNC**

DATED: October 20, 2011      _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2179843.1212799-10002

[PROPOSED] ORDER ENTERING
STIPULATED PROTECTIVE ORDER