1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CARLOS COLLADO, et al.<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.<br><br>ELLIOT FIXLER<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. | Case Nos.  2:10-cv-3113-R-RC<br>                    2:10-cv-03124-R-SS<br><br>Assigned to Judge Manuel L. Real<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS**<br><br>Complaint Filed:   December 9, 2009<br>Trial Date:            Not Set |
|---|---|

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS
CASE NOS. 2:10-cv-3113-R-RC, 2:10-cv-3124-R-SS

1. This matter came before the Court on Girard Gibbs LLP's (Dkt. #233), Wasserman, Comden, Casselman & Esensten L.L.P.'s (Dkt. #236), Cohen Milstein Sellers & Toll PLLC's (*Fixler* Dkt. #55), and Initiative Legal Group APC's (Dkt. #248) (collectively, and together with Arias, Ozello & Gignac LLP, "Class Counsel") Renewed Motions for Attorney's Fees and Costs ("Renewed Motions") made on behalf of the named Plaintiffs.

2. On April 4, 2014, the parties filed a stipulation wherein Defendant Toyota Motor Sales, U.S.A. ("Toyota"), Inc. agreed not to contest a total award of attorneys' fees and costs to the collective group of Class Counsel in the amount of $855,000, and Class Counsel amended their Renewed Motions such that Class Counsel, on the named Plaintiffs' behalf, requested that the Court award them a collective total of $855,000 in fees and costs (the "Stipulation;" *See* Dkt. #261.)

3. By prior order, the Court found that the parties' Settlement Agreement provides the settlement class substantial relief and that the settlement is fair, adequate, and reasonable. (Dkt. #190 at 1-3.) Class Counsel now seek an award of attorneys' fees and costs from Toyota, pursuant to the Consumers Legal Remedies Act, Civ. Code § 1780(e), and/or pursuant to California's private attorney general statute, Code. Civ. Proc. § 1021.5.

4. The Court exercises diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. Class Counsel's right to an award of attorneys' fees and costs, as well as the method of calculating the amount of that award, is governed by California law. (Dkt. #229 at 3, December 19, 2013 Ninth Circuit Order.)

5. The Court applies California's lodestar method to calculate the appropriate attorneys' fees to be awarded to Class Counsel. (*See* Dkt. #229 at 4 (December 19, 2013 Ninth Circuit Order). The Court has reviewed Class Counsel's submissions supporting their requested lodestars and finds that the requested fee and cost award of $855,000 is reasonable and supported by the record evidence submitted by Class Counsel on their Renewed Motions.

6. The Court therefore awards Class Counsel a total award of attorneys' fees and costs in this action in the amount of $855,000.

**IT IS SO ORDERED.**

Dated: _April 14, 2014__      _____
                              Hon. Manuel L. Real
                              United States District Court Judge